PROB 22
(Rev. 11/23)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:13 CR 271-17 (LTS)

**DOCKET NUMBER** *(Rec. Court)*
2:25-CR-506 (MCA)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | | |
|---|---|---|---|
| Burchanti Scott | SOUTHERN DISTRICT OF NEW YORK | | |
| | NAME OF SENTENCING JUDGE | | |
| | Laura Taylor Swain, Chief U.S. District Judge | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/05/2017 | TO 06/26/2032 |

**OFFENSE**

Conspiracy to Distribute and possess with Intent to distribute heroin in violation of 21 U.S.C. 846 (Class B Felony)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the District of New Jersey.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

| 8/8/2025 | /s/ Laura Taylor Swain |
|---|---|
| Date | United States District Judge |

By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Burchanti Scott's supervision from the Southern District of New York to the District of New Jersey, the sealed records of the Court in the above-styled matter relating to Burchanti Scott, are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8-12-25 | [signature] |
|---|---|
| Effective Date | United States District Judge |